IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN THE MATTER OF: )
 )    3:23 mc 161
COURT REPORTERS' RATES FOR TRANSCRIPTS )

At its September 2022 Session, the Judicial Conference of the United States approved an increase to the maximum per page original and copy transcript fee rates court reporters may charge and collect for transcripts. The new rates are on the attached chart and incorporated herein by reference. These rates will be effective for all transcripts ordered or authorized on or after October 1, 2023.

This 27 day of September, 2023.

Martin Reidinger, Chief
U.S. District Court Judge

## New Original and Copy Transcript Fee Rates
### (Effective Fiscal Years 2024 and 2025)

### Original Transcript Rates

| Transcript Types | Original Rate | Increased Rate Fiscal Year 2024 | Increased Rate Fiscal Year 2025 |
|---|---|---|---|
| Ordinary Transcript (30-day) | $3.65 | $4.00 | $4.40 |
| 14-Day Transcript | $4.25 | $4.70 | $5.10 |
| Expedited Transcript (7-day) | $4.85 | $5.35 | $5.85 |
| 3-Day Transcript | $5.45 | $6.00 | $6.55 |
| Daily Transcript | $6.05 | $6.70 | $7.30 |
| Hourly Transcript | $7.25 | $8.00 | $8.70 |
| Realtime Transcript | One feed, $3.05 per page; two-to-four feeds, $2.10 per page; five or more feeds, $1.50 per page. | One Feed, $3.40; two-to-four feeds, $2.35; five or more feeds, $1.65. | One Feed, $3.70; two-to-four feeds, $2.55; five or more feeds, $1.80. |

### Copy Rates

| Transcript Types | First Copy | Increased First Copy Fiscal Year 2024 | Increased First Copy Fiscal Year 2025 | Addt'l Copy | Increased Addt'l Copy Fiscal Year 2024 | Increased Addt'l Copy Fiscal Year 2025 |
|---|---|---|---|---|---|---|
| Ordinary Transcript (30-day) | $.90 | $1.00 | $1.10 | $.60 | $.70 | $.75 |
| 14-Day Transcript | $.90 | $1.00 | $1.10 | $.60 | $.70 | $.75 |
| Expedited Transcript (7-day) | $.90 | $1.00 | $1.10 | $.60 | $.70 | $.75 |
| 3-Day Transcript | $1.05 | $1.20 | $1.30 | $.75 | $.85 | $.90 |
| Daily Transcript | $1.20 | $1.35 | $1.45 | $.90 | $1.00 | $1.10 |
| Hourly Transcript | $1.20 | $1.35 | $1.45 | $.90 | $1.00 | $1.10 |
| Realtime Transcript | n/a | n/a | n/a | n/a | n/a | n/a |